No. 804. BORDEN COMPANY *v.* LIDDY, SECRETARY OF AGRICULTURE OF IOWA. C. A. 8th Cir. Certiorari denied. *Maxwell A. O'Brien* for petitioner.

No. 805. FIRST NATIONAL BANK OF MEMPHIS *v.* AETNA CASUALTY & SURETY Co. C. A. 6th Cir. Certiorari denied. *Longstreet Heiskell* for petitioner. *Cooper Turner, Jr.* and *Elmer W. Beasley* for respondent.

No. 807. SKOLNICK *v.* MARTIN ET AL. Supreme Court of Illinois. Certiorari denied. *Peter S. Sarelas* for petitioner. *Walter T. Fisher* for respondents.

No. 810. WYOMING ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *W. M. Haight,* Deputy Attorney General of Wyoming, for the State of Wyoming, and *Wm. J. DeMartini* for Richfield Oil Corp., petitioners. *Solicitor General Cox, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 816. PEEKE, ADMINISTRATRIX, *v.* ENOCH ET VIR. Supreme Court of Illinois or Appellate Court of Illinois, First District. Certiorari denied. *Hugh M. Matchett, Charles V. Falkenberg* and *Charles V. Falkenberg, Jr.* for petitioner. *H. Blair White* and *George W. McBurney* for respondents.

No. 820. MINKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* and *Leon H. Kline* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.